Paul J. Cambria, Jr., Esq. (State Bar No. 177957)
Jonathan W. Brown, Esq. (State Bar No. 223901)
LIPSITZ GREEN SCIME CAMBRIA, LLP
42 Delaware Avenue, Suite 120
Buffalo, New York 14202
Telephone: (716) 849-1333
Facsimile: (716) 849-1315
Email: pcambria@lglaw.com
       jbrown@lglaw.com

Attorneys for Plaintiff
Vivid Entertainment, LLC,
a California limited liability company

FILED
2007 JUL 27 P 2:08
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIVID ENTERTAINMENT, LLC, a California limited liability company, <br><br> Plaintiff, <br><br> vs. <br><br> DIAMOND S.J. ENTERPRISE, a California corporation, and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No.: <br><br> C07 03860 BZ <br><br> **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** <br><br> **(Local Rule 3-16)** |

TO THE COURT AND ALL PARTIES APPEARING OF RECORD:

Pursuant to Civil Local Rule 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party that could be substantially affected by the outcome of this proceeding:

1

| Person | Connection |
|---|---|
| 1. Vivid Entertainment Group | Member of Plaintiff |
| 2. Vivid Video, Inc. | Member of Plaintiff |
| 3. V.O.D., Inc. | Member of Plaintiff |
| 4. Vivid Video International | Member of Plaintiff |
| 5. Vivnet, Inc. | Member of Plaintiff |
| 6. Vivid Digital, Inc. | Member of Plaintiff |
| 7. S&D Video, Inc. | Member of Plaintiff |
| 8. Steven Hirsch | Manager of Plaintiff |
| 9. Dewi James | Manager of Plaintiff |
| 10. William Asher | Manager of Plaintiff |

Dated: July 25, 2007

Paul J. Cambria, Jr.
Jonathan W. Brown

LIPSITZ GREEN SCIME CAMBRIA, LLP

Attorneys for Plaintiff
Vivid Entertainment, LLC, a
California limited liability company

F:\Adult\27047\0239\Cert.Rule 3-16.doc

2