| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NO: | FOR COURT USE ONLY |
|---|---|---|
| Jonathan W Brown, 223901<br>Lipsitz Green Scime Cambria LLP<br>42 DELAWARE AVE STE 120<br>BUFFALO, NY 14202-3924 | (716) 849-1333 | FILED<br>07 AUG -9 PM 3:45<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |
| ATTORNEY FOR (Name) Plaintiff | Ref. No. or File No.<br>none | |

Insert name of court, judicial district or branch court, if any

United States District Court
280 S. First St. #2112
San Jose, CA 95113-3008

E-filing

PLAINTIFF:
Vivid Entertainment, LLC

DEFENDANT:
Diamond S.J. Enterprise

**PROOF OF SERVICE**

| DATE | TIME | DEPT/DIV | CASE NUMBER: C 07 03860 BZ |
|---|---|---|---|

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:

Complaint for Federal Trademark Infringement, Civil Cover Sheet, Summons, Return of Service, Certification of Interested Entities or Persons, Local Rules and Guidelines Sheet, Order of the Chief Judge, Order Setting Initial Case Management Conference and ADR Deadlines. See Attachment:

2. Party Served:         Diamond S.J. Enterprise

**BY FAX**

3. Person Served:        David Koehler - Person authorized to accept service of process

   a. Left with:         Amanda Welch - Person in Charge of Office

4. Date & Time of Delivery:   August 3, 2007      11:25 am

5. Address, City and State:   1541 The Alameda
                              San Jose, CA 95126

6. Manner of Service:    By leaving the copies with or in the presence of Amanda Welch, (business) a person at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him/her of the general nature of the papers. I caused the copies to be mailed (if applicable). A declaration of mailing is attached.

307.50

Registered California process server.
County: ALAMEDA
Registration No.:850
Expiration: November 8, 2006

One Legal, Inc.
504 Redwood Blvd #223
Novato, CA 94947
415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on August 6, 2007 at Oakland, California.

Signature: _____
           Ceaser Railey

FF# 6645213

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO | FOR COURT USE ONLY |
|---|---|---|
| Jonathan W Brown, 223901<br>Lipsitz Green Scime Cambria LLP<br>42 DELAWARE AVE STE 120<br>BUFFALO, NY 14202-3924 | (716) 849-1333 | |
| ATTORNEY FOR (Name): Plaintiff | Ref No or File No: none | |

Insert name of court, judicial district or branch court, if any:

United States District Court
280 S. First St. #2112
San Jose, CA 95113-3008

**PLAINTIFF:**
Vivid Entertainment, LLC

**DEFENDANT:**
Diamond S.J. Enterprise

| **PROOF OF SERVICE BY MAIL** | DATE | TIME | DEPT/DIV | CASE NUMBER<br>C 07 03860 |
|---|---|---|---|---|

I am a citizen of the United States, over the age of 18 and not a party to the within action. My business address is 504 Redwood Blvd #223, Novato, CA 94947.

On August 6, 2007, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCIV.P 4(d)(1) was made (if applicable), I mailed copies of the:

Complaint for Federal Trademark Infringement, Civil Cover Sheet, Summons, Return of Service, Certification of Interested Entities or Persons, Local Rules and Guidelines Sheet, Order of the Chief Judge, Order Setting Initial Case Management Conference and ADR Deadlines. See Attachment:

to the defendant in said action by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Oakland, CA, California, addressed as follows:

Diamond S.J. Enterprise
David Koehler
1541 The Alameda
San Jose, CA 95126

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

307.50

Monica Castaneda
One Legal, Inc.
504 Redwood Blvd #223
Novato, CA 94947

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on August 6, 2007 at Oakland, California.

_____
Monica Castaneda

FF# 6645213

**Attachment:**

Order Setting Case Management Conference, Joint Case Management Statement and Proposed Order, Standing Orders, Notice of Assignemtn of Case to a United States Magistrate Judge for Trial, Consent to Proceed before a United Sates Magistrate Judge, Declination to Proceed before a Magistrate Judge and Request for Reassignment to a US District Judge, Standing Order for all Judges of the Northern District of California

**BY FAX**