# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA  94102

**RICHARD W. WIEKING**
Clerk of the Court

(415) 522-2015

November 2, 2007

To:   Paul John Cambria, Jr.
      Jonathan W. Brown
      Lipsitz Green Scime Cambria, LLP
      42 Delaware Avenue, Suite 120
      Buffalo, NY 14202-3902

      David Kraft
      181 Devine Street
      San Jose, CA 95110

      Re: Vivid Entertainment v. Diamond S.J. Enterprise - C07-3860 BZ

Dear Sirs:

   At filing, this matter was randomly assigned to United States Magistrate Judge Bernard Zimmerman.  A hearing has since been scheduled for **November 26, 2007 at 4:00 p.m.**  To allow the hearing to proceed as scheduled, pursuant to U.S.C. 28 §636©, each party must consent to, or decline to proceed before, Judge Zimmerman.  We have no record of your decision.

   At **www.cand.uscourts.gov**  you will find a form to complete if you consent to proceed before Judge Zimmerman and a form to complete if you decline.  A party is free to withhold consent without adverse consequences.  Please complete and electronically file the appropriate form by November 7, 2007.

Sincerely,

Richard W. Wieking, Clerk
United States District Court

         /s/ Lashanda Scott
By:   Lashanda Scott
      Courtroom Deputy

N:\FORMS\CONSENTEFILE.LTR.wpd