UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Vivid Entertainment, LLC
a California limited liability company,

        Plaintiff(s),

v.

Diamond S.J. Enterprise,
a California Corporation

        Defendant(s).

No. C 07 03860 BZ

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: November 13, 2007

s/Jonathan W. Brown
Signature

Counsel for  Plaintiff
(Plaintiff, Defendant or indicate "pro se")

# PROOF OF SERVICE

STATE OF NEW YORK, COUNTY OF ERIE

     I, Mary Dunning, declare as follows: I am employed in the County of Erie, State of New York. I am over the age of 18 and not a party to the within action. My business address is 42 Delaware Avenue, Suite 120, Buffalo, NY 14202-3924.

     On November 13, 2007, I served the foregoing document described as: **Consent to Proceed Before a United States Magistrate Judge** on all interested parties in this action (X) by placing ( ) the original (X) a true copy thereof enclosed in a sealed envelope addressed as follows (and/or) ( ) by facsimile transmission to:

David Kraft, Esq.
181 Divine Street
San Jose, California 95110
Facsimile No.: (408) 275-0412

(X)   **BY MAIL**
(X)   I deposited such envelope, with postage thereon fully prepaid, in the mail at Buffalo, New York.
( )   I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at Los Angeles, California.
( )   **BY OVERNIGHT COURIER SERVICE** I caused such envelope to be delivered to a representative of the United Parcel Service overnight courier service, with instructions to deliver same to the persons set forth above at their addresses listed for service of legal papers on them, on the next business day.
( )   **BY PERSONAL DELIVERY**   I caused such envelope by hand to be delivered to the offices of the addressee.
( )   **BY TELECOPY**   I caused such document to be telecopied to the addressee at the following telecopy number on    : ( )
( )   **UNITED STATES**   I declare under penalty of perjury under the laws of the United States that the above is true and correct.
( )   **STATE**   I declare under penalty of perjury under the laws of the States of New York and California that the above is true and correct.
(X)   **FEDERAL**   I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on November 13, 2007, at Buffalo, New York.

                                                S/Mary Dunning
                                              Mary Dunning