UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Vivid Entertainment, LLC
a California limited liability company,

Plaintiff(s),

v.

Diamond S.J. Enterprise,
a California Corporation

Defendant(s).
_____/

CASE NO. C07 03860 BZ

STIPULATION AND [~~PROPOSED~~]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
      Non-binding Arbitration (ADR L.R. 4)
      Early Neutral Evaluation (ENE)   (ADR L.R. 5)
✓     Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
      Private ADR *(please identify process and provider)* _____

The parties agree to hold the ADR session by:
✓     the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

      other requested deadline _____

Dated: 11/13/07

Dated: 11/13/07

s/Jonathan W. Brown, Esq.
Attorney for Plaintiff

s/David Kraft, Esq.
Attorney for Defendant

**[PROPOSED] ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
- Non-binding Arbitration
- Early Neutral Evaluation (ENE)
- (Mediation)
- Private ADR

Deadline for ADR session
- 90 days from the date of this order.
- other

IT IS SO ORDERED.

Dated: November 14, 2007

_____
UNITED STATES MAGISTRATE JUDGE

*[Seal: United States District Court, Northern District of California — IT IS SO ORDERED, Judge Bernard Zimmerman]*

# PROOF OF SERVICE

STATE OF NEW YORK, COUNTY OF ERIE

     I, Mary Dunning, declare as follows: I am employed in the County of Erie, State of New York. I am over the age of 18 and not a party to the within action. My business address is 42 Delaware Avenue, Suite 120, Buffalo, NY 14202-3924.

     On November 13, 2007, I served the foregoing document described as: **Stipulation and [Proposed] Order Selecting ADR Process** on all interested parties in this action (X) by placing ( ) the original (X) a true copy thereof enclosed in a sealed envelope addressed as follows (and/or) ( ) by facsimile transmission to:

David Kraft, Esq.
181 Divine Street
San Jose, California 95110
Facsimile No.: (408) 275-0412

(X)    **BY MAIL**
(X)    I deposited such envelope, with postage thereon fully prepaid, in the mail at Buffalo, New York.
( )    I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at Los Angeles, California.
( )    **BY OVERNIGHT COURIER SERVICE** I caused such envelope to be delivered to a representative of the United Parcel Service overnight courier service, with instructions to deliver same to the persons set forth above at their addresses listed for service of legal papers on them, on the next business day.
( )    **BY PERSONAL DELIVERY**    I caused such envelope by hand to be delivered to the offices of the addressee.
( )    **BY TELECOPY**    I caused such document to be telecopied to the addressee at the following telecopy number on    : ( )
( )    **UNITED STATES**    I declare under penalty of perjury under the laws of the United States that the above is true and correct.
( )    **STATE**    I declare under penalty of perjury under the laws of the States of New York and California that the above is true and correct.
(X)    **FEDERAL**    I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on November 13, 2007, at Buffalo, New York.

                        S/Mary Dunning
                        Mary Dunning