1  Paul J. Cambria, Jr., Esq. (State Bar No. 177957)
   Jonathan W. Brown, Esq. (State Bar No, 223901)
2  LIPSITZ GREEN SCIME CAMBRIA, LLP
   42 Delaware Avenue, Suite 120
3  Buffalo, New York 14202-3924
   Telephone: (716) 849-1333
4  Facsimile: (716) 849-1315
   Email:  pcambria@lglaw.com
5          jbrown@lglaw.com

6  Attorneys for Plaintiff
   Vivid Entertainment, LLC

7

8

9              UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| **VIVID ENTERTAINMENT, LLC**, a California Limited Liability Company, <br><br> Plaintiff, <br> vs. <br><br> **DIAMOND S.J. ENTERPRISE**, a California Corporation, and Does 1 through 10, inclusive, <br><br> Defendants. | Case No.: C07 03860 BZ <br><br> **NOTICE OF ASSOCIATION OF CO-COUNSEL** |

PLEASE TAKE NOTICE that Plaintiff Vivid Entertainment, LLC, hereby associates as its co-counsel the following named attorney:

Gregory J. Charles, Esq.
Campeau Goodsell Smith
A Law Corporation
440 North First Street, Ste. 100
San Jose, California 95112
Telephone: (408) 295-9555
Facsimile: (408) 852-0233
gcharles@campeaulaw.com

Dated: November 19, 2007

LIPSITZ GREEN SCIME CAMBRIA, LLP

s/Jonathan W. Brown, Esq.
Jonathan W. Brown, Esq.
*Attorneys for Plaintiff*
Vivid Entertainment, LLC

2

<u>**PROOF OF SERVICE**</u>

STATE OF NEW YORK, COUNTY OF ERIE

I, Mary Dunning, declare as follows: I am employed in the County of Erie, State of New York. I am over the age of 18 and not a party to the within action. My business address is 42 Delaware Avenue, Suite 120, Buffalo, NY 14202-3924.

On November 19, 2007, I served the foregoing document described as: **NOTICE OF ASSOCIATION OF CO-COUNSEL** on all interested parties in this action (X) by placing ( ) the original (X) a true copy thereof enclosed in a sealed envelope addressed as follows (and/or) ( ) by facsimile transmission to:

David Kraft, Esq.
181 Divine Street
San Jose, California 95110
Facsimile No.: (408) 275-0412

(X)     **BY MAIL**
(X)     I deposited such envelope, with postage thereon fully prepaid, in the mail at Buffalo, New York.
( )     I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at Los Angeles, California.
( )     **BY OVERNIGHT COURIER SERVICE** I caused such envelope to be delivered to a representative of the United Parcel Service overnight courier service, with instructions to deliver same to the persons set forth above at their addresses listed for service of legal papers on them, on the next business day.
( )     **BY PERSONAL DELIVERY** I caused such envelope by hand to be delivered to the offices of the addressee.
( )     **BY TELECOPY** I caused such document to be telecopied to the addressee at the following telecopy number on       : ( )
( )     **UNITED STATES** I declare under penalty of perjury under the laws of the United States that the above is true and correct.
( )     **STATE** I declare under penalty of perjury under the laws of the States of New York and California that the above is true and correct.
(X)     **FEDERAL** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on November 19, 2007, at Buffalo, New York.

                                                     s/Mary Dunning
                                                     Mary Dunning