DAVID KRAFT, #83533
Attorney at Law
181 Devine Street
San Jose, CA  95110
(408) 293-6193

Attorney for Defendant,
Diamond S.J. Enterprise

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Vivid Entertainment, LL, | ) | Case No.  C0703860 BZ |
| | ) | |
| Plaintiff, | ) | CONSENT TO PROCEED BEFORE A |
| | ) | UNITED STATES MAGISTRATE JUDGE |
| vs. | ) | |
| | ) | |
| Defendant Diamond S.J. Enterprise | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

CONSENT TO PROCEED BEFORE A UNITED STATES

MAGISTRATRE JUDGE

   In accordance with the provisions of Title 28, U.S.C. Section 636 (c), the undersigned

party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all

further proceedings in the case, including trial, and order the entry of a final judgment. Appeal

form the judgment shall be taken directly to the Unites States Court of Appeals for the Ninth Circuit.

Dated:_____

                                              David Kraft
*Attorney for Defendant*
Diamond S.J. Enterprise