PROOF OF SERVICE
_____

STATE OF CALIFORNIA        )
                           ) ss.   CASE NO.: C07 03860 BZ
COUNTY OF SANTA CLARA      )

      I am employed in the County of Santa Clara, State of California. I am over 18 years of age, and am not a party to the within action. My business address is THE VICTORIA LAW OFFICES, 181 Devine Street, San Jose, California, 95110.

      On November 20, 2007, I served a true and correct copy of the within document(s) on the interested parties in said action as follows:

Documents Served:
CERTICATION AS TO INTERESTED PERSONS

Parties Served:

Paul J. Cambria, Jr., Esq.
Jonathan W. Brown, Esq.
LIPSITZ GREEN SCIME CAMNBRIA, LLP
42 Delaware Avenue, Suite 120
Buffalo, New York 14202-3924


__X    BY REGULAR MAIL: I caused such envelopes(s), with postage thereon fully prepaid, to be placed in the Unites States mail at San Jose, California. I am readily familiar with the practice of The Victoria Law Offices for the collection and processing of correspondence for mailing in the ordinary course of business, the above-mentioned document(s) would have been deposited with the United States Postal Service on the aforesaid date, the same day on which it was placed at The Victorian Law Offices for deposit.

      BY PERSONAL SERVICE: I caused such envelope to be delivered by hand to the offices of the addressee(s).

___    BY FACSIMILE TRANSMISSION: I caused such document(s) to be served via facsimile transmission to the facsimile number(s) listed above.

      I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct. Executed on NOVEMBER 20, 2007, at San Jose, California.


                                                        _____
                                                         DAVID KRAFT