UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| VIVID ENTERTAINMENT, LLC, | ) | |
| Plaintiff(s), | ) | No. C07-3860 BZ |
| v. | ) | **CLERK'S NOTICE CONTINUING CASE MANAGEMENT CONFERENCE** |
| DIAMOND S.J. ENTERPRISE, | ) | |
| Defendant(s). | ) | |

**PLEASE TAKE NOTICE** that the Case Management Conference presently scheduled for today, Monday, November 26, 2007 at 4:00 p.m. is **CONTINUED** to **Monday, December 10, 2007 at 4:00 p.m.** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.  If counsel wishes to appear by phone please submit your request electronically in writing.

Dated:   November 26, 2007

_Rose Maher_
Rose Maher - Deputy Clerk to
Magistrate Judge Bernard Zimmerman

g:\bzall\-bzcases\vivid v. Diamond S.J. Enterprise\clksnotice.contg.cmc.wpd

1