1  ERIC J. SIDEBOTHAM (SBN 208829)
   DANIEL M. SHAFER (SBN 244839)
2  **ERIC J. SIDEBOTHAM, APC**
   TechMart Center
3  5201 Great America Parkway, Suite 320
   Santa Clara, California 95054
4  Telephone:   (408) 856-6000
   Facsimile:    (408) 608-6001
5
   Attorneys for Defendant and Counter-Claimant,
6  DIAMOND S.J. ENTERPRISE

7
                    UNITED STATES DISTRICT COURT
8
                    NORTHERN DISTRICT OF CALIFORNIA
9
                    SAN FRANCISCO DIVISION
10

11

12 | VIVID ENTERTAINMENT, LLC,               | Case No. C07 03860-BZ
13 |         Plaintiff,                       | **NOTICE OF APPEARANCE OF COUNSEL**
14 | v.                                       |
15 |                                          |
16 | DIAMOND S.J. ENTERPRISE, and DOES 1     |
   | through 10, inclusive,                   |
17 |                                          |
   |         Defendants.                      |
18 |                                          |
19 | AND RELATED CROSS ACTION                 |
20

21

22

23

24

25

26

27

28

NOTICE OF APPEARANCE OF COUNSEL
CASE NO. C07 03860-BZ

1  TO ALL PARTIES AND THEIR COUNSEL OF RECORD: please take notice that Defendant

2  and Counter-Claimant Diamond S.J. Enterprise makes the following appearance of counsel of record in

3  the above-captioned matter:

4  Additional Legal Representation:

5  

6  Eric J. Sidebotham, Esq.
   Daniel M. Shafer, Esq.
   Eric J. Sidebotham, Attorney-at-Law
7  A Professional Corporation
   TechMart Center
8  5201 Great America Parkway, Suite 320
   Santa Clara, CA  95054
9  Tel:    (408) 856-6000
10 Fax:    (408) 608-6001

11 

12 I CONSENT TO THIS APPEARANCE:

13                                              **LAW OFFICES OF DAVID KRAFT**

14 

15 DATED: November 26, 2007             _____
16                                              DAVID KRAFT
                                                 (Current attorney)
17 

18                                              **ERIC J. SIDEBOTHAM, APC**

19 

20 DATED: November _____, 2007          _____
21                                              ERIC J. SIDEBOTHAM
                                                 (Additional attorney)
22 

23 

24 

25 DATED: November _____, 2007          _____
                                                 DIAMOND S.J. ENTERPRISE
26                                              Defendant and Counter-Claimant

27 

28 

                                        2
NOTICE OF APPEARANCE OF COUNSEL
CASE NO. C07 03860-BZ

TO ALL PARTIES AND THEIR COUNSEL OF RECORD: please take notice that Defendant and Counter-Claimant Diamond S.J. Enterprise makes the following appearance of counsel of record in the above-captioned matter:

<u>Additional Legal Representation</u>:

>Eric J. Sidebotham, Esq.
>Daniel M. Shafer, Esq.
>Eric J. Sidebotham, Attorney-at-Law
>A Professional Corporation
>TechMart Center
>5201 Great America Parkway, Suite 320
>Santa Clara, CA  95054
>Tel:    (408) 856-6000
>Fax:    (408) 608-6001

I CONSENT TO THIS APPEARANCE:

**LAW OFFICES OF DAVID KRAFT**

DATED:  November _____, 2007

_____
DAVID KRAFT
(Current attorney)

**ERIC J. SIDEBOTHAM, APC**

DATED:  November __26__, 2007        /s/
_____
ERIC J. SIDEBOTHAM
(Additional attorney)

DATED:  November _____, 2007

_____
DIAMOND S.J. ENTERPRISE
Defendant and Counter-Claimant



2

NOTICE OF APPEARANCE OF COUNSEL
CASE NO. C07 03860-BZ