1  ERIC J. SIDEBOTHAM (SBN 208829)
   DANIEL M. SHAFER (SBN 244839)
2  **ERIC J. SIDEBOTHAM, APC**
   TechMart Center
3  5201 Great America Parkway, Suite 320
   Santa Clara, California 95054
4  Telephone:    (408) 856-6000
   Facsimile:    (408) 608-6001
5
   Attorneys for Defendant and Counter-Claimant,
6  DIAMOND S.J. ENTERPRISE

7
               UNITED STATES DISTRICT COURT
8
             NORTHERN DISTRICT OF CALIFORNIA
9
                 SAN FRANCISCO DIVISION
10

11

12  VIVID ENTERTAINMENT, LLC,                Case No. C07 03860-BZ

13          Plaintiff,                       **STIPULATION AND [PROPOSED]
                                             ORDER RE: CONTINUANCE OF THE
14                                           CASE MANAGEMENT CONFERENCE
    v.                                       FROM DECEMBER 10, 2007 AT 4:00
15                                           P.M. UNTIL DECEMBER 17, 2007 AT
                                             4:00 P.M.**
16  DIAMOND S.J. ENTERPRISE, and DOES 1
    through 10, inclusive,
17
            Defendants.
18  _____

19  AND RELATED CROSS ACTION

20  _____

21

22

23

24

25

26

27

28

STIPULATION AND ORDER RE: CONTINUANCE OF THE CASE MANAGEMENT CONFERENCE
CASE NO. C07 03860-BZ

1        Eric Sidebotham, attorney for the defendant Diamond SJ Enterprise, and Jonathan Brown,

2    attorney for the plaintiff Vivid Entertainment, hereby stipulate and request the court continue the case

3    management conference from December 10, 2007 until December 17, 2007 at 4:00 p.m.

4

5                             **ERIC J. SIDEBOTHAM, APC**

6

7

8    DATED: December____4____, 2007           ERIC J. SIDEBOTHAM

9                             Attorneys for Defendant,

10                            DIAMOND SJ ENTERPRISE

11                            **LIPSITZ GREEN SCIME CAMBRIA, LLP**

12

13   DATED: December _____4_____, 2007

14                            JONATHAN W. BROWN

15                            Attorneys for Plaintiff,
                         VIVID ENTERTAINMENT, LLC

16

17

18       PURSUANT TO STIPULATION, IT IS SO ORDERED.

19   DATED: December _____, 2007

20                            HONORABLE BERNARD ZIMMERMAN

21

22

23

24

25

26

27

28

STIPULATION AND ORDER RE: CONTINUANCE OF THE CASE MANAGEMENT CONFERENCE
CASE NO. C07 03860-BZ