1  ERIC J. SIDEBOTHAM (SBN 208829)
   DANIEL M. SHAFER (SBN 244839)
2  **ERIC J. SIDEBOTHAM, APC**
   TechMart Center
3  5201 Great America Parkway, Suite 320
   Santa Clara, California 95054
4  Telephone:    (408) 856-6000
   Facsimile:    (408) 608-6001
5
   Attorneys for Defendant and Counter-Claimant,
6  DIAMOND S.J. ENTERPRISE

7
                    UNITED STATES DISTRICT COURT
8
                   NORTHERN DISTRICT OF CALIFORNIA
9
                        SAN FRANCISCO DIVISION
10

11

12 | VIVID ENTERTAINMENT, LLC,               | Case No. C07 03860-BZ
13 |         Plaintiff,                      | STIPULATION AND [PROPOSED]
                                             | ORDER RE: CONTINUANCE OF THE
14 | v.                                      | CASE MANAGEMENT CONFERENCE
                                             | FROM DECEMBER 10, 2007 AT 4:00
15 |                                         | P.M. UNTIL DECEMBER 17, 2007 AT
                                             | 4:00 P.M.
16 | DIAMOND S.J. ENTERPRISE, and DOES 1
   | through 10, inclusive,
17
   |         Defendants.
18
19 | AND RELATED CROSS ACTION
20

STIPULATION AND ORDER RE: CONTINUANCE OF THE CASE MANAGEMENT CONFERENCE
CASE NO. C07 03860-BZ

1  Eric Sidebotham, attorney for the defendant Diamond SJ Enterprise, and Jonathan Brown,
2  attorney for the plaintiff Vivid Entertainment, hereby stipulate and request the court continue the case
3  management conference from December 10, 2007 until December 17, 2007 at 4:00 p.m.

**ERIC J. SIDEBOTHAM, APC**

DATED: December __4__, 2007

ERIC J. SIDEBOTHAM
Attorneys for Defendant,
DIAMOND SJ ENTERPRISE

**LIPSITZ GREEN SCIME CAMBRIA, LLP**

DATED: December __4__, 2007

JONATHAN W. BROWN
Attorneys for Plaintiff,
VIVID ENTERTAINMENT, LLC

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: December __6th__, 2007

HONORABLE BERNARD ZIMMERMAN

IT IS SO ORDERED
Judge Bernard Zimmerman
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---

2
STIPULATION AND ORDER RE: CONTINUANCE OF THE CASE MANAGEMENT CONFERENCE
CASE NO. C07 03860-BZ