1  Paul J. Cambria, Jr., Esq. (State Bar No. 177957)
   Jonathan W. Brown, Esq. (State Bar No. 223901)
2  LIPSITZ GREEN SCIME CAMBRIA, LLP
   42 Delaware Avenue, Suite 120
3  Buffalo, New York 14202-3924
   Telephone: (716) 849-1333
4  Facsimile: (716) 849-1315
   Email: pcambria@lglaw.com
5         jbrown@lglaw.com

6  Attorneys for Plaintiff
   Vivid Entertainment, LLC
7

                    UNITED STATES DISTRICT COURT
8
                  NORTHERN DISTRICT OF CALIFORNIA
9

10

   **VIVID ENTERTAINMENT, LLC,**            )   Case No.: C07 03860 BZ
11  a California Limited Liability Company,   )
                                             )
12                                           )
                    Plaintiff,               )   **REQUEST FOR TELEPHONIC**
13        vs.                                )   **APPEARANCE**
                                             )
14                                           )
   **DIAMOND S.J. ENTERPRISE,**              )
15  a California Corporation,                 )   Magistrate Judge Bernard Zimmerman
    and Does 1 through 10, inclusive,         )
16                                           )   Case Management Conference
                                             )   Date:  December 17, 2007
17                  Defendants.              )   Time:  4:00 p.m. PST
                                             )   Courtroom: G
18                                           )
                                             )
19                                           )
                                             )
20                                           )

21

22

23

24

25

26

27

28                              1
—————————————————————————————————————————————
        **REQUEST FOR TELEPHONIC APPEARANCE**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

I, Jonathan W. Brown, an attorney of record for Plaintiff Vivid Entertainment, LLC ("Vivid"), hereby request a telephonic appearance for the Case Management Conference scheduled for Monday, December 17, 2007 at 4:00 p.m. before Magistrate Judge Bernard Zimmerman, San Francisco, California.

Dated:  December 10, 2007

LIPSITZ GREEN SCIME CAMBRIA LLP

_____s/Jonathan W. Brown, Esq.___
Jonathan W. Brown, Esq.
Attorneys for Plaintiff
Vivid Entertainment, LLC

DATED:  12/11/2007

Counsel shall call the court at 4:00 p.m. at 415-522-4093



2
**REQUEST FOR TELEPHONIC APPEARANCE**

## PROOF OF SERVICE

STATE OF NEW YORK, COUNTY OF ERIE

 I, Mary Dunning, declare as follows: I am employed in the County of Erie, State of New York. I am over the age of 18 and not a party to the within action. My business address is 42 Delaware Avenue, Suite 120, Buffalo, NY 14202-3924.

 On December 10, 2007, I served the foregoing document described as: **REQUEST FOR TELEPHONIC APPEARANCE** on all interested parties in this action (X) by placing ( ) the original (X) a true copy thereof enclosed in a sealed envelope addressed as follows (and/or) ( ) by facsimile transmission to:

| | |
|---|---|
| David Kraft, Esq. | Eric J. Sidebotham |
| 181 Divine Street | TechMart Center |
| San Jose, California 95110 | 5201 Great America Parkway, Suite 320 |
| | Santa Clara, California 95054 |

(X)   **BY MAIL**
(X)   I deposited such envelope, with postage thereon fully prepaid, in the mail at Buffalo, New York.
( )   I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at Los Angeles, California.
( )   **BY OVERNIGHT COURIER SERVICE** I caused such envelope to be delivered to a representative of the United Parcel Service overnight courier service, with instructions to deliver same to the persons set forth above at their addresses listed for service of legal papers on them, on the next business day.
( )   **BY PERSONAL DELIVERY**   I caused such envelope by hand to be delivered to the offices of the addressee.
( )   **BY TELECOPY**   I caused such document to be telecopied to the addressee at the following telecopy number on     : ( )
( )   **UNITED STATES** I declare under penalty of perjury under the laws of the United States that the above is true and correct.
( )   **STATE**   I declare under penalty of perjury under the laws of the States of New York and California that the above is true and correct.
(X)   **FEDERAL**   I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on December 10, 2007, at Buffalo, New York.

          _____s/Mary Dunning_____
          Mary Dunning

3

**REQUEST FOR TELEPHONIC APPEARANCE**