## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### CIVIL MINUTE ORDER

**Magistrate Judge BERNARD ZIMMERMAN**

Date: **12/17/2007**

### C07-3860 BZ

### Vivid Entertainment LLC v. Diamond S.J. Enterprise

Attorneys:    Jonathan Brown (telephonic)    Eric J. Sidebotham

Time: 4:00 p.m.

Deputy Clerk: **LASHANDA SCOTT**          Reporter: **Counsel requested that the hearing occur off the record.**

### PROCEEDINGS:                                    RULING:

1. Initial Case Management Conference                    Matter Held
2. _____    _____

( ) Status Conference    ( ) P/T Conference    ( ) Case Management Conference

### ORDERED AFTER HEARING:
Jury trial set for September 8, 2008 at 8:30 a.m. Trial set for five days.

( XX ) ORDER TO BE PREPARED BY:    Plntf ____ Deft ____ Court XX____

(      ) Referred to Magistrate Judge for a Settlement Conference to occur or as soon as schedule permits.
        ( ) By Court      ( ) Parties to approach Magistrate in future
( ) CASE CONTINUED TO_____    for _____

Discovery Cut-Off_____    Expert Discovery Cut-Off_____

Plntf to Name Experts by _____    Deft to Name Experts by_____

P/T Conference Date -                          Trial Date-
                                               Type of Trial:
Notes:_____