1    ERIC J. SIDEBOTHAM (SBN 208829)
     DANIEL M. SHAFER (SBN 244839)
2    **ERIC J. SIDEBOTHAM, APC**
     TechMart Center
3    5201 Great America Parkway, Suite 320
     Santa Clara, California 95054
4    Telephone:   (408) 856-6000
     Facsimile:    (408) 608-6001
5

6    Attorneys for Defendant and Counter-Claimant,
     DIAMOND S.J. ENTERPRISE

7

8                  UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10                 SAN FRANCISCO DIVISION

11

12    VIVID ENTERTAINMENT, LLC,          Case No. C07 03860-BZ

13         Plaintiff,                **NOTICE OF WITHDRAWAL OF**
                                       **COUNSEL**
14
   v.
15

16    DIAMOND S.J. ENTERPRISE, and DOES 1
     through 10, inclusive,
17
        Defendants.
18

19    AND RELATED CROSS ACTION

20

21

22

23

24

25

26

27

28

   NOTICE OF WITHDRAWAL OF COUNSEL
   CASE NO. C07 03860-BZ

1    TO ALL PARTIES AND THEIR COUNSEL OF RECORD: please take notice that Defendant

2    and Counter-Claimant Diamond S.J. Enterprise makes the following withdrawal of counsel of record in

3    the above-captioned matter:

4    Withdrawing Legal Representation:

5    
6            Eric J. Sidebotham, Esq.
             Daniel M. Shafer, Esq.
             Eric J. Sidebotham, Attorney-at-Law
7            A Professional Corporation
             TechMart Center
8            5201 Great America Parkway, Suite 320
             Santa Clara, CA  95054
9            Tel:    (408) 856-6000
             Fax:    (408) 608-6001
10   
11   
12   I CONSENT TO THIS WITHDRAWAL:

13                                              **LAW OFFICES OF DAVID KRAFT**

14   

15   DATED: January _____, 2008
16                                              _____
                                                DAVID KRAFT
17                                              (Current attorney)

18                                              **ERIC J. SIDEBOTHAM, APC**

19   

20   
21   DATED: January _____, 2008
                                                _____
22                                              ERIC J. SIDEBOTHAM
                                                (Withdrawing attorney)
23   

24   

25   DATED: January _____, 2008
                                                _____
26   ///                                        DIAMOND S.J. ENTERPRISE
                                                Defendant and Counter-Claimant
27   

28   

                                    2

1

2

3    DATED: _____          _____
                                              UNITED STATES MAGISTRATE JUDGE
4                                             The Hon. Bernard Zimmerman

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF WITHDRAWAL OF COUNSEL
CASE NO. C07 03860-BZ