1  ERIC J. SIDEBOTHAM (208829)
   DANIEL M. SHAFER (244839)
2  **ERIC J. SIDEBOTHAM, APC**
   TechMart Center
3  5201 Great America Parkway, Suite 320
   Santa Clara, CA  95054
4  Telephone:   (408) 856-6000
   Facsimile:   (408) 608-6001
5
   Attorneys for Defendant and Counter-Claimant,
6  DIAMOND S.J. ENTERPRISE

7
                        UNITED STATES DISTRICT COURT
8
                       NORTHERN DISTRICT OF CALIFORNIA
9
                             SAN FRANCISCO DIVISION
10

11

12  VIVID ENTERTAINMENT, LLC,              Case No. C07 03860-BZ

13          Plaintiff,                     **PROOF OF SERVICE**

14  v.

15

16  DIAMOND S.J. ENTERPRISE, and DOES 1
    through 10, inclusive,
17
            Defendants.
18

19  AND RELATED CROSS ACTION

20

21

22

23

24

25

26

27

28

PROOF OF SERVICE
CASE NO. C07 03860-BZ

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SANTA CLARA

I am employed in the County of Santa Clara, State of California. I am over 18 years of age and not a party to the within action. My business address is 5201 Great America Parkway, Suite 320, Santa Clara, CA 95054.

On January 25, 2008, I served the documents described as:

**NOTICE OF WITHDRAWAL OF COUNSEL**

in this action by placing the true and correct copies thereof in a sealed envelope, addressed as follows:

Ms. Jenny Wolfes
Diamond S.J. Enterprises, Inc.
dba VIVID
8 South First Street
San Jose, CA 95113

[X] **(BY U.S. MAIL)** I am readily familiar with the firm's practice for collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U. S. Postal Service on that same day with postage thereon fully prepaid in Santa Clara County, California, in the ordinary course of business.

[ ] (BY FAX) *Courtesy copy.*

[ ] (BY PERSONAL SERVICE) I caused to be delivered said envelope(s) by hand to the offices of the addressee.

[ ] (BY OVERNIGHT DELIVERY) I caused said envelope(s) to be delivered overnight via overnight delivery service in lieu of delivery by mail to the addressee(s).

Executed on this 25th day of January, 2008, at Santa Clara County, California. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

*Ryan Smith* (signature)
Ryan Smith

PROOF OF SERVICE
CASE NO. C07 03860-BZ