```
 1  ERIC J. SIDEBOTHAM (SBN 208829)
    DANIEL M. SHAFER (SBN 244839)
 2  ERIC J. SIDEBOTHAM, APC
    TechMart Center
 3  5201 Great America Parkway, Suite 320
    Santa Clara, California 95054
 4  Telephone:   (408) 856-6000
    Facsimile:   (408) 608-6001
 5
    Attorneys for Defendant and Counter-Claimant,
 6  DIAMOND S.J. ENTERPRISE
 7
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VIVID ENTERTAINMENT, LLC, | Case No. C07 03860-BZ |
| Plaintiff, | **NOTICE OF WITHDRAWAL OF COUNSEL** |
| v. | |
| DIAMOND S.J. ENTERPRISE, and DOES 1 through 10, inclusive, | |
| Defendants. | |
| AND RELATED CROSS ACTION | |

NOTICE OF WITHDRAWAL OF COUNSEL
CASE NO. C07 03860-BZ

1   TO ALL PARTIES AND THEIR COUNSEL OF RECORD: please take notice that Defendant
2   and Counter-Claimant Diamond S.J. Enterprise makes the following withdrawal of counsel of record in
3   the above-captioned matter:

Withdrawing Legal Representation:

    Eric J. Sidebotham, Esq.
    Daniel M. Shafer, Esq.
    Eric J. Sidebotham, Attorney-at-Law
    A Professional Corporation
    TechMart Center
    5201 Great America Parkway, Suite 320
    Santa Clara, CA  95054
    Tel:   (408) 856-6000
    Fax:  (408) 608-6001

I CONSENT TO THIS WITHDRAWAL:

**LAW OFFICES OF DAVID KRAFT**

DATED: January __20__, 2008

_____
DAVID KRAFT
(Current attorney)

**ERIC J. SIDEBOTHAM, APC**

DATED: January __25__, 2008

_____
ERIC J. SIDEBOTHAM
(Withdrawing attorney)

DATED: January __20__, 2008

_____
DIAMOND S.J. ENTERPRISE
Defendant and Counter-Claimant

///

NOTICE OF WITHDRAWAL OF COUNSEL
CASE NO. C07 03860-BZ

2

DATED: January 25, 2008

_____
UNITED STATES MAGISTRATE JUDGE
The Hon. Bernard Zimmerman

IT IS SO ORDERED
Judge Bernard Zimmerman
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

NOTICE OF WITHDRAWAL OF COUNSEL
CASE NO. C07 03860-BZ

3