1  ANTHONY E. PAGKAS, State Bar No. 186112
   CHRISTOPHER J. D'ANJOU, State Bar No. 234299
2  THE PAGKAS LAW FIRM
   75 E. Santa Clara St., Suite 1210
3  San Jose, CA 95113
   Telephone: (408) 291-5401
4  Facsimile: (408) 291-5302

5
   Attorneys for Defendant
6  DIAMOND S.J. ENTERPRISE

7

8                    UNITED STATES DISTRICT COURT
9              IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11 | VIVID ENTERTAINMENT, LLC, a              | Case No. C07-03860 BZ
12 | California Limited Liability Company     |
                                              | NOTICE OF CHANGE OF COUNSEL AND
13 |         Plaintiffs,                      | SUBSTITUTION OF ATTORNEY FOR
                                              | DEFENDANT DIAMOND S.J.
14 | vs.                                      | ENTERPRISE
15 |
   | DIAMOND S.J. ENTERPRISE, a California
16 | Corporation, and Does 1 through 10, inclusive,
17 |         Defendants.

18 | And related cross-action.
19

20 TO ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:

21     PLEASE TAKE NOTICE that defendant DIAMOND S.J. ENTERPRISE hereby makes

22 the following change and substitution of counsel in the above-captioned matter:

23 Current Counsel of Record (Substituting Out):

24 David Kraft, Esq.
   The Law Office of David Kraft
25 181 Devine Street
   San Jose, CA 95110
26

27 Tel: (408) 293-6193

28

                                          1

Case 3:07-cv-03860-BZ    Document 29    Filed 02/21/2008    Page 2 of 2

1  Counsel Substituting In and New Counsel of Record:

2  Anthony E. Pagkas, Esq.
   The Pagkas Law Firm
3  75 E. Santa Clara St., Suite 1210
   San Jose, CA 95113
4
   Tel: (408) 291-5401
5  Facsimile: (408) 291-5302

6
   THE FOLLOWING HEREBY CONSENT TO THIS SUBSTITUTION:
7
   Dated: February 20, 2008
8
                                    LAW OFFICES OF DAVID KRAFT
9
                                    _____
10
11                                  DAVID KRAFT, Esq.
                                    (Attorney Substituting Out)
12

13 Dated: February 20, 2008
                                    THE PAGKAS LAW FIRM
14
15                                  _____
16                                  ANTHONY E. PAGKAS, Esq.
                                    (Attorney Substituting In)
17

18
   Dated: February 20, 2008
19                                  DIAMOND, S.J. ENTERPRISE
20
21                                  _____
                                    JENNY WOLFES
22                                  CEO of and on Behalf of Diamond S.J. Enterprise

23
24
25
26
27
28

                                    2
   SUBSTITUTION OF ATTORNEY                              Case No. C07-03860 BZ