ANTHONY E. PAGKAS, State Bar No. 186112
CHRISTOPHER J. D'ANJOU, State Bar No. 234299
THE PAGKAS LAW FIRM
75 E. Santa Clara St., Suite 1210
San Jose, CA 95113
Telephone: (408) 291-5401
Facsimile: (408) 291-5302

Attorneys for Defendant
DIAMOND S.J. ENTERPRISE

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIVID ENTERTAINMENT, LLC, a California Limited Liability Company<br><br>Plaintiffs,<br><br>vs.<br><br>DIAMOND S.J. ENTERPRISE, a California Corporation, and Does 1 through 10, inclusive,<br><br>Defendants.<br><br>And related cross-action. | Case No. C07-03860 BZ<br><br>STIPULATION AND ORDER EXTENDING TIME TO COMPLETE ADR PROCESS |

Plaintiffs VIVID ENTERTAINMENT LLC, and defendants DIAMOND S.J. ENTERPRISE through their respective attorneys, report that they have met and conferred regarding ADR and hereby stipulate to the following extending time to complete the ADR process via mediation in the above-captioned matter:

1. That on February 21, 2008, defendant DIAMOND S.J. ENTERPRISE filed with the court a Substitution of Attorney, indicating Anthony E. Pagkas, Esq. as the defendant's new counsel.

2. That the parties had previously filed a Stipulation and Order selecting mediation as the

1

STIPULATION AND ORDER                                                          Case No. C07-03860 BZ

1  method of ADR, and said Stipulation and Order was signed on November 14, 2007 by
2  the Hon. Bernard Zimmerman.  Furthermore, the parties had scheduled a mediation to
3  take place on March 4, 2008 before Neil Shapiro, Esq.
4  3. That due to the recent substitution of attorney in the above-matter, and that Mr. Pagkas
5  has a trial set for March 3, 2008, mediation will be unable to go forward on the
6  previously selected date of March 4, 2008.
7  4. That the parties agree to still proceed with mediation before Neil Shapiro, Esq., and will
8  schedule and complete mediation within sixty (60) days of this Order, unless otherwise
9  ordered.

IT IS SO STIPULATED

Dated: February 22, 2008

                         LIPSITZ, GREEN, SCIME, CAMBRIA LLP

                         /S/ Jonathan W. Brown

                         Jonathan W. Brown, Esq.
                         Attorneys For Plaintiff

Dated: February 22, 2008

                         THE PAGKAS LAW FIRM

                         /S/ Anthony E. Pagkas

                         Anthony E. Pagkas, Esq.
                         Attorneys For Defendant

IT IS SO ORDERED.

Dated: _____, 2008

                         Hon. Bernard Zimmerman

STIPULATION AND ORDER                                                                                             Case No. C07-03860 BZ