1  ANTHONY E. PAGKAS, State Bar No. 186112
   CHRISTOPHER J. D'ANJOU, State Bar No. 234299
2  THE PAGKAS LAW FIRM
   75 E. Santa Clara St., Suite 1210
3  San Jose, CA 95113
   Telephone: (408) 291-5401
4  Facsimile: (408) 291-5302

5

   Attorneys for Defendant
6  DIAMOND S.J. ENTERPRISE

7

8
                    UNITED STATES DISTRICT COURT
9
              IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11
   VIVID ENTERTAINMENT, LLC, a              Case No. C07-03860 BZ
12 California Limited Liability Company
                                            STIPULATION AND ORDER
13              Plaintiffs,                 EXTENDING TIME TO COMPLETE ADR
                                            PROCESS
14 vs.

15
   DIAMOND S.J. ENTERPRISE, a California
16 Corporation, and Does 1 through 10, inclusive,

17              Defendants.

18 And related cross-action.

19

20       Plaintiffs VIVID ENTERTAINMENT LLC, and defendants DIAMOND S.J.

21 ENTERPRISE through their respective attorneys, report that they have met and conferred

22 regarding ADR and hereby stipulate to the following extending time to complete the ADR

23 process via mediation in the above-captioned matter:

24 1.    That on February 21, 2008, defendant DIAMOND S.J. ENTERPRISE filed with the

25       court a Substitution of Attorney, indicating Anthony E. Pagkas, Esq. as the defendant's

26       new counsel.

27 2.    That the parties had previously filed a Stipulation and Order selecting mediation as the

28

                                            1

method of ADR, and said Stipulation and Order was signed on November 14, 2007 by the Hon. Bernard Zimmerman. Furthermore, the parties had scheduled a mediation to take place on March 4, 2008 before Neil Shapiro, Esq.

3. That due to the recent substitution of attorney in the above-matter, and that Mr. Pagkas has a trial set for March 3, 2008, mediation will be unable to go forward on the previously selected date of March 4, 2008.

4. That the parties agree to still proceed with mediation before Neil Shapiro, Esq., and will schedule and complete mediation within sixty (60) days of this Order, unless otherwise ordered.

IT IS SO STIPULATED

Dated: February 22, 2008

          LIPSITZ, GREEN, SCIME, CAMBRIA LLP

          /S/ Jonathan W. Brown

          Jonathan W. Brown, Esq.
          Attorneys For Plaintiff

Dated: February 22, 2008

          THE PAGKAS LAW FIRM

          /S/ Anthony E. Pagkas

          Anthony E. Pagkas, Esq.
          Attorneys For Defendant

IT IS SO ORDERED.

Dated: __February 25__, 2008

          Hon. Bernard Zimmerman

*IT IS SO ORDERED*
*Judge Bernard Zimmerman*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*