Paul J. Cambria, Jr., Esq. (State Bar No. 177957)
Jonathan W. Brown, Esq. (State Bar No. 223901)
LIPSITZ GREEN SCIME CAMBRIA, LLP
42 Delaware Avenue, Suite 120
Buffalo, New York 14202-3924
Telephone: (716) 849-1333
Facsimile: (716) 849-1315
Email:  pcambria@lglaw.com
        jbrown@lglaw.com

Attorneys for Plaintiff
Vivid Entertainment, LLC

ANTHONY E. PAGKAS, State Bar No. 186112
CHRISTOPHER J. D'ANJOU, State Bar No. 234299
THE PAGKAS LAW FIRM
75 E. Santa Clara St., Suite 1210
San Jose, CA 95113
Telephone: (408) 291-5401
Facsimile: (408) 291-5302

Attorneys for Defendant Diamond S.J. Enterprise

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **VIVID ENTERTAINMENT, LLC,** a California Limited Liability Company,<br><br>           Plaintiff,<br>    vs.<br><br>**DIAMOND S.J. ENTERPRISE,** a California Corporation, and Does 1 through 10, inclusive,<br><br>           Defendants. | Case No.: C07 03860 BZ<br><br>**STIPULATION AND [Proposed] ORDER EXTENDING TIME FOR COMPLETION OF CERTAIN DISCOVERY, EXTENDING TIME FOR COMPLETION OF MEDIATION,  AND MODIFICATION OF SCHEDULING ORDER** |

1

**STIPULATION AND PROPOSED ORDER**

Plaintiff VIVID ENTERTAINMENT LLC, and defendant DIAMOND S.J. ENTERPRISE through their respective attorneys, hereby stipulate to the following regarding extending time to complete certain discovery and mediation and modification of the present Scheduling Order:

1. The parties have been actively pursuing settlement of the lawsuit in the above-entitled matter, and have devoted their efforts towards reaching a resolution. Among other things, Plaintiff's counsel, from Buffalo, New York, traveled to San Francisco and met with Defendant's counsel for a settlement meeting on May 14, 2008, but the matter did not resolve.

2. The parties agree that mediation in this matter will be beneficial and the parties would like to utilize the ADR process. The parties have previously agreed upon mediating this matter before Neil Shapiro, Esq, and per this stipulation agree to mediate the matter before him. A settlement conference with Judge Chen is currently scheduled for July 8, 2008, and the parties believe that a mediation prior to that date would be beneficial in resolving this matter. Accordingly, the parties request an extension of time to schedule the mediation of this matter before Neil Shapiro.

3. The parties have conducted written discovery in this matter. However, the parties have not conducted depositions. The depositions have been delayed for various reasons including the change in Defendant's counsel, the delay in reaching a mutually-agreeable protective order, and the amount of time it has taken to resolve discovery disputes. In addition, the parties hoped to avoid the additional expenses associated with airline travel and lodging, especially when the parties had not completed document productions. To date, the parties have avoided discovery motion practice and have attempted to work out discovery disputes amongst themselves.

4. This is the parties' first request for modification of the scheduling order, and second request to extend time to complete the ADR process. Given the request to extend the time to complete percipient witness depositions, the parties also request an extension of time for completion of expert witness discovery. The parties believe that a modification to the existing Scheduling Order of the Court is warranted under the circumstances, and no party will be prejudiced thereby. Accordingly, the parties request the following modifications to the scheduling order:

| Scheduled Item | Original Date | Proposed Modification/ New Date |
|---|---|---|
| Close of Non-Expert Discovery | 5/23/2008 | Oral Depositions to be Completed no later than: 7/2/2008 |
| Last Day for Expert Disclosure | 5/30/2008 | 6/30/2008 |
| Last Day for Expert Discovery | 6/6/2008 | 7/18/2008 |
| Completion of Mediation | 4/22/2008 | 7/2/2008 |

Last Day - Dispositive Motions: **August 13, 2008**
Pretrial: **September 23, 2008 at 4:00 p.m.**
Trial: **October 14, 2008**

SO STIPULATED.

LIPSITZ GREEN SCIME CAMBRIA, LLP

DATED: 5/29/08

_____
Jonathan W. Brown
Attorneys for Plaintiff
Vivid Entertainment, LLC

THE LAW OFFICE OF ANTHONY E. PAGKAS

DATED: 5/29/08

_____
Anthony E. Pagkas, Esq.
Attorneys for Defendant
Diamond S.J. Enterprise

3
**STIPULATION AND PROPOSED ORDER**

**ORDER**

Good cause appearing, and in conformance with the parties' stipulation, the scheduling order is hereby modified as follows:

| Scheduled Item | Modification to Original Scheduling Order |
|---|---|
| Close of Non-Expert Discovery | Oral Depositions to be Completed no later than: 7/2/2008 |
| Last Day for Expert Disclosure | 6/30/2008 |
| Last Day for Expert Discovery | 7/18/2008 |
| Completion of Mediation | 7/2/2008 |

Last day - Dispositive Motions: **August 13, 2008**
Pretrial: **September 23, 2008 @ 4:00 p.m.**
Trial: **October 14, 2008**

IT IS HEREBY ORDERED.

DATED: May 30, 2008

Magistrate Judge Bernard Zimmerman
United States District/Magistrate Judge



4

**STIPULATION AND PROPOSED ORDER**

# PROOF OF SERVICE

STATE OF NEW YORK, COUNTY OF ERIE

     I, Pamela Johnson, declare as follows: I am employed in the County of Erie, State of New York. I am over the age of 18 and not a party to the within action. My business address is 42 Delaware Avenue, Suite 120, Buffalo, NY 14202-3924.

     On May 29, 2008, I served the foregoing document described as: **STIPULATION AND [Proposed] ORDER EXTENDING TIME FOR COMPLETION OF CERTAIN DISCOVERY, EXTENDING TIME FOR COMPLETION OF MEDIATION AND MODIFICATION OF SCHEDULING ORDER** on all interested parties in this action (X) by placing ( ) the original (X) a true copy thereof enclosed in a sealed envelope addressed as follows (and/or) ( ) by facsimile transmission to:

Anthony E. Pagkas, Esq.
Law Office of Anthony E. Pagkas
75 E. Santa Clara, Suite 1210
San Jose, CA 95113

(X)    **BY MAIL**
(X)    I deposited such envelope, with postage thereon fully prepaid, in the mail at Buffalo, New York.
( )    I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at Los Angeles, California.
( )    **BY OVERNIGHT COURIER SERVICE** I caused such envelope to be delivered to a representative of the United Parcel Service overnight courier service, with instructions to deliver same to the persons set forth above at their addresses listed for service of legal papers on them, on the next business day.
( )    **BY PERSONAL DELIVERY**    I caused such envelope by hand to be delivered to the offices of the addressee.
( )    **BY TELECOPY**    I caused such document to be telecopied to the addressee at the following telecopy number on    : ( )
( )    **UNITED STATES**    I declare under penalty of perjury under the laws of the United States that the above is true and correct.
( )    **STATE**    I declare under penalty of perjury under the laws of the States of New York and California that the above is true and correct.
(X)    **FEDERAL**    I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 29, 2008, at Buffalo, New York.

                                                _S/ Pamela Johnson_
                                                Pamela Johnson