UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIVID ENTERTAINMENT, LLC, | No. C-07-3860 BZ (EMC) |
| Plaintiff, | **CLERK'S NOTICE** |
| v. | |
| DIAMOND S.J. ENTERPRISE, | |
| Defendant. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Settlement Conference set for July 8, 2008, at 9:30 a.m. before Magistrate Judge Edward M. Chen has been changed to **August 19, 2008, at 9:30 a.m.**

♦ **Settlement Conference statements shall be lodged by hard copy only with Judge Chen's Chambers by August 5, 2008. Statements shall not be electronically filed.**

All other provisions of this Court's original Notice of Settlement Conference and Settlement Conference Order shall remain in effect.

///
///
///
///
///
///

1  The parties shall notify Magistrate Judge Chen's secretary, Leni Doyle, **immediately** at
2  (415) 522-4050 if this case settles prior to the date set for Settlement Conference.

3

4  Dated: June 24, 2008                                    RICHARD W. WIEKING, CLERK

5

6                                                          By:  _____/s/_____
7                                                                Leni Doyle
                                                                 Deputy Clerk