# UNITED STATES DISTRICT COURT

## Northern District of California

Woll,

    Plaintiff(s),

v.

County of Lake,

    Defendant(s).

No. C 07-06299 BZ ENE

**Certification of ADR Session**

*Instructions:* The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.

1. I hereby certify that the parties in this matter held a ☐ Mediation or ☒ ENE session on (date) June 26, 2008

2. Did the case settle?   ☐ fully   ☐ partially   ☒ no

3. If the case did not settle fully, is any follow-up contemplated?

   ☐ another session scheduled for (date) _____

   ☐ phone discussions expected by (date) _____

   ☒ no

4. IS THIS ADR PROCESS COMPLETED?   ☒ YES   ☐ NO

Dated: June 27, 2008

Evaluator, Dirk M. Schenkkan
Howard Rice
Three Embarcadero Center, 7th Fl.
San Francisco, CA 94111

**Certification of ADR Session**
07-06299 BZ ENE