# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Vivid Entertainment, LLC | No. C 07-03860 BZ MED |
| Plaintiff(s), | **Certification of ADR Session** |
| v. | |
| Diamond S.J. Enterprise | |
| Defendant(s). | |

**Instructions**: *The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.*

1. I hereby certify that the parties in this matter held a Mediation on <u>June 26, 2008</u>
2. Did the case settle? **YES**
3. If the case did not settle fully, is any follow-up contemplated?
   another session scheduled for
   phone discussions expected by
   no
4. **IS THIS ADR PROCESS COMPLETED?** **YES**

Dated: 6/26/2008

Mediator, Neil L. Shapiro
Law Offices of Neil L. Shapiro
2100 Garden Road, Bldg. C
Monterey, CA 93940

**Certification of ADR Session**
07-03860 BZ MED