UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIVID ENTERTAINMENT, LLC, | ) |
| Plaintiff(s), | ) No. C07-3860 BZ |
| v. | ) **CONDITIONAL ORDER OF DISMISSAL** |
| DIAMOND S.J. ENTERPRISE, a California Corporation, et al., | ) |
| Defendant(s). | ) |

The parties to this matter having advised the Court that they have agreed to a settlement, **IT IS HEREBY ORDERED** that this action is **DISMISSED WITH PREJUDICE** and all scheduled matters are **VACATED**; provided, however, that any party may, within **30 days** of the date of this Order, move the Court to restore this matter to the calendar on the grounds that the settlement has not been consummated.

Dated: August 13, 2008

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\VIVID V. DIAMOND S.J. ENTERPRISE\ORDER OF COND DISMISSAL.wpd

1