Paul J. Cambria, Jr., Esq. (State Bar No. 177957)
Jonathan W. Brown, Esq. (State Bar No. 223901)
LIPSITZ GREEN SCIME CAMBRIA, LLP
42 Delaware Avenue, Suite 120
Buffalo, New York 14202-3924
Telephone: (716) 849-1333
Facsimile: (716) 849-1315
Email:  pcambria@lglaw.com
         jbrown@lglaw.com

Attorneys for Plaintiff
Vivid Entertainment, LLC

ANTHONY E. PAGKAS, State Bar No. 186112
CHRISTOPHER J. D'ANJOU, State Bar No. 234299
THE PAGKAS LAW FIRM
75 E. Santa Clara St., Suite 1210
San Jose, CA 95113
Telephone: (408) 291-5401
Facsimile: (408) 291-5302

Attorneys for Defendant Diamond S.J. Enterprise

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **VIVID ENTERTAINMENT, LLC,** a California Limited Liability Company,<br><br>  Plaintiff,<br>vs.<br><br>**DIAMOND S.J. ENTERPRISE,** a California Corporation, and Does 1 through 10, inclusive,<br><br>  Defendants.<br><br>AND RELATED COUNTER-CLAIM | Case No.: C07 03860 BZ<br><br>**STIPULATION AND [Proposed] ORDER DISMISSING CLAIMS AND COUNTERCLAIMS WITH PREJUDICE** |

1

**STIPULATION FOR DISMISSAL**

IT IS HEREBY STIPULATED and agreed, by and between Plaintiff Vivid Entertainment, LLC ("Vivid") and Defendant Diamond S.J. Enterprise ("Diamond"), through their respective counsel of record, that between them they have reached a compromise and settlement resolving all claims at issue in this Action and that all claims and counterclaims for relief which were or could have been alleged herein against both Diamond and Vivid be dismissed, with prejudice.

Each party shall bear its own attorneys' fees and costs of suit.

IT IS SO STIPULATED.

DATED: 9/18/08

LIPSITZ GREEN SCIME CAMBRIA, LLP

_____
Jonathan W. Brown
Attorneys for Plaintiff
Vivid Entertainment, LLC


THE LAW OFFICE OF ANTHONY E. PAGKAS

DATED: _____

_____
Anthony E. Pagkas, Esq.
Attorneys for Defendant
Diamond S.J. Enterprise

1      IT IS HEREBY STIPULATED and agreed, by and between Plaintiff Vivid
2  Entertainment, LLC ("Vivid") and Defendant Diamond S.J. Enterprise ("Diamond"), through
3  their respective counsel of record, that between them they have reached a compromise and
4  settlement resolving all claims at issue in this Action and that all claims and counterclaims for
5  relief which were or could have been alleged herein against both Diamond and Vivid be
6  dismissed, with prejudice.
7      Each party shall bear its own attorneys' fees and costs of suit.
8
9  IT IS SO STIPULATED.
10                               LIPSITZ GREEN SCIME CAMBRIA, LLP
11
12 DATED: _____        _____
13                               Jonathan W. Brown
                              Attorneys for Plaintiff
                              Vivid Entertainment, LLC
14
15                               THE LAW OFFICE OF ANTHONY E. PAGKAS
16
17 DATED: 9/18/08        _____/s/ A. Pagkas_____
18                               Anthony E. Pagkas, Esq.
                              Attorneys for Defendant
19                               Diamond S.J. Enterprise
20
21
22
23
24
25
26
27
28

## ORDER DISMISSING CLAIMS AND COUNTERCLAIMS

PURSUANT to the foregoing stipulation, all of the claims and counterclaims which were or could have been alleged herein are dismissed with prejudice.

Each Party shall bear its own costs and attorneys' fees.

IT IS HEREBY ORDERED.

DATED: _____

_____
Magistrate Judge Bernard Zimmerman
United States Magistrate Judge