Paul J. Cambria, Jr., Esq. (State Bar No. 177957)
Jonathan W. Brown, Esq. (State Bar No. 223901)
LIPSITZ GREEN SCIME CAMBRIA, LLP
42 Delaware Avenue, Suite 120
Buffalo, New York 14202-3924
Telephone: (716) 849-1333
Facsimile: (716) 849-1315
Email:  pcambria@lglaw.com
        jbrown@lglaw.com

Attorneys for Plaintiff
Vivid Entertainment, LLC

ANTHONY E. PAGKAS, State Bar No. 186112
CHRISTOPHER J. D'ANJOU, State Bar No. 234299
THE PAGKAS LAW FIRM
75 E. Santa Clara St., Suite 1210
San Jose, CA 95113
Telephone: (408) 291-5401
Facsimile: (408) 291-5302

Attorneys for Defendant Diamond S.J. Enterprise

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **VIVID ENTERTAINMENT, LLC,** a California Limited Liability Company,<br><br>              Plaintiff,<br>     vs.<br><br>**DIAMOND S.J. ENTERPRISE,** a California Corporation, and Does 1 through 10, inclusive,<br><br>              Defendants.<br><br>AND RELATED COUNTER-CLAIM | Case No.: C07 03860 BZ<br><br>**STIPULATION AND [Proposed] ORDER DISMISSING CLAIMS AND COUNTERCLAIMS WITH PREJUDICE** |

1

**STIPULATION FOR DISMISSAL**

IT IS HEREBY STIPULATED and agreed, by and between Plaintiff Vivid Entertainment, LLC ("Vivid") and Defendant Diamond S.J. Enterprise ("Diamond"), through their respective counsel of record, that between them they have reached a compromise and settlement resolving all claims at issue in this Action and that all claims and counterclaims for relief which were or could have been alleged herein against both Diamond and Vivid be dismissed, with prejudice.

Each party shall bear its own attorneys' fees and costs of suit.

IT IS SO STIPULATED.

DATED: 9/18/08

LIPSITZ GREEN SCIME CAMBRIA, LLP

_____
Jonathan W. Brown
Attorneys for Plaintiff
Vivid Entertainment, LLC


THE LAW OFFICE OF ANTHONY E. PAGKAS

DATED: _____

_____
Anthony E. Pagkas, Esq.
Attorneys for Defendant
Diamond S.J. Enterprise

1  IT IS HEREBY STIPULATED and agreed, by and between Plaintiff Vivid
2  Entertainment, LLC ("Vivid") and Defendant Diamond S.J. Enterprise ("Diamond"), through
3  their respective counsel of record, that between them they have reached a compromise and
4  settlement resolving all claims at issue in this Action and that all claims and counterclaims for
5  relief which were or could have been alleged herein against both Diamond and Vivid be
6  dismissed, with prejudice.
7  Each party shall bear its own attorneys' fees and costs of suit.
8
9  IT IS SO STIPULATED.
10                                          LIPSITZ GREEN SCIME CAMBRIA, LLP
11
12  DATED: _____              _____
                                            Jonathan W. Brown
13                                          Attorneys for Plaintiff
                                            Vivid Entertainment, LLC
14
15                                          THE LAW OFFICE OF ANTHONY E. PAGKAS
16
17  DATED: 9/18/08               _____
                                            Anthony E. Pagkas, Esq.
18                                          Attorneys for Defendant
                                            Diamond S.J. Enterprise
19
20
...
28

2
**STIPULATION FOR DISMISSAL**

**ORDER DISMISSING CLAIMS AND COUNTERCLAIMS**

PURSUANT to the foregoing stipulation, all of the claims and counterclaims which were or could have been alleged herein are dismissed with prejudice.

Each Party shall bear its own costs and attorneys' fees.

IT IS HEREBY ORDERED.

DATED: Sept. 18, 2008

_____
Magistrate Judge Bernard Zimmerman
United States Magistrate Judge

